# In the United States Court of Federal Claims

| | |
|---|---|
| BOB J. McADAMS, Plaintiff, v. THE UNITED STATES, Defendant. | No. 07-164T (Filed: September 25, 2007) |

**ORDER**

Pursuant to the Joint Preliminary Status Report, filed on August 30, 2007, in the above-captioned case,

**It is hereby ORDERED:**

All dispositive motions shall be filed by the parties by Friday, November 16, 2007.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims